IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CLIENTRON CORP.** <br><br> v. <br><br> **JOHN BENNETT, et al.** | **CIVIL ACTION** <br><br> **NO. 14-1396** |

## O R D ER

**AND NOW**, this 12th day of June, 2014, for the reasons stated in the foregoing Memorandum, it is hereby **ORDERED**:

1. The Motion to Dismiss is **DENIED** as to Devon IT, but is **GRANTED** without prejudice as to defendant John Bennett.

2. The Court will have a Rule 16 Conference by telephone on June 19, 2014 at 4 p.m. The Court will allow discovery to begin forthwith. Clientron may be entitled to Devon IT promptly producing corporate records including shareholder minutes and bank statements for Devon IT and all related corporations, and also to depose Mr. Bennett following the production of those documents.

3. All parties shall preserve all relevant documents in this case without destruction of any kind.

4. Any documents not produced because of the claim of privilege or work product shall be listed on a privilege log.

5. Clientron is **GRANTED** sixty (60) days in which to complete this initial discovery and, if it can allege sufficient facts to assert an alter-ego claim against Bennett, it may file an amended complaint as to Bennett.

        **BY THE COURT:**

        /s/ Michael M. Baylson
        _____
        **MICHAEL M. BAYLSON, U.S.D.J.**