# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CLIENTRON CORP.**<br><br>v.<br><br>**DEVON IT, INC.** | **CIVIL ACTION**<br><br>**NO. 13-5634** |
| **CLIENTRON CORP.**<br><br>v.<br><br>**JOHN BENNETT, et al.** | **CIVIL ACTION**<br><br>**NO. 14-1396** |

## ORDER

**AND NOW**, this 24th day September, 2014, following the Court's Order of June 12, 2014, in Civil Action 14-1396, and plaintiff's counsel having advised it has conducted additional discovery, it is hereby **ORDERED**:

1. The Court will *sua sponte* consolidate these cases under Rule 42(a). All further filings shall be made in Civil Action No. 13-5634. Civil Action No. 14-1396 shall be closed.

2. Plaintiff may file and serve, within fourteen (14) days, an Amended Complaint adding and/or revising claims against John Bennett personally.

                        **BY THE COURT:**

                        **/s/ Michael M. Baylson**

                        **MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 13\13-5634 clientron v. devon it\13cv5634.14cv1396.092414.consolidate.doc